# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144263

DAVID SCHIED,
        Plaintiff-Appellant,

v

                                            SC: 144263
                                            COA: 306026
                                            Ingham CC: 11-000050-MZ

STATE COURT ADMINISTRATOR,
DEPARTMENT OF CIVIL RIGHTS,
SUPERINTENDENT OF PUBLIC INSTRUCTION,
STATE BOARD OF EDUCATION, DEPARTMENT
OF LABOR AND ECONOMIC GROWTH, STATE
ADMINISTRATIVE BOARD, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and DOES 1-20,
        Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the November 17, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

d0416